IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR.No. CR 06-295 |
| ) | |
| vs. ) | In violation of 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 841(a)(1) |
| ) | |
| LARON PASCHAL ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about November 23, 2005, in the District of Rhode Island, the defendant LARON PASCHAL, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Dan Wesson .357 caliber revolver, serial number 373358.

In violation of 18 U.S.C. § 922(g)(1).

COUNT II

On or about November 23, 2005, in the District of Rhode Island, the defendant LARON PASCHAL, did knowingly and

intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL:

Grand Jury Foreperson

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

Dated: 3/1/06

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division