Kal

# UNITED STATES DISTRICT COURT
***for the***
***District of Rhode Island***

*Case No. CR 06-29S*

RECEIVED
MAR 0 2 2006
US MARSHALS
RHODE ISLAND

***To: ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Laron Paschal**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the **7th** day of **March, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I certify that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

ACI # 72475
INTAKE

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: March 2, 2006.

David A. DiMarzio, Clerk

Arraignment

***By*** ***Martha Saucier - Deputy Clerk***