AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: CR-06-29S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for LARON PASCHAL

March 17, 2006
*Date*

*Signature*

Steven D. DiLibero, Esq. #4678
*Print Name*

130 Dorrance Street
*Address*

Providence RI 02903
*City* *State* *Zip Code*

(401) 621-9700 (401) 331-9503
*Phone Number*