UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-29S |
| | ) | |
| LARON PASCHAL | ) | |

## MOTION TO WITHDRAW

Now comes the undersigned, Kevin J. Fitzgerald, Assistant Federal Public Defender and hereby moves to withdraw his appearance on behalf of the defendant in the above-entitled matter. Mr. Paschal has indicated that he has retained private counsel.

Respectfully submitted
Bobby Soundara
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered on the 3rd day of ~~March,~~ April 2006 a true copy of the within motion to Zechariah Chafee, Assistant United States Attorney.