**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**DISTRICT COURT**

**UNITED STATES OF AMERICA**

**VS.**

**CR. NO. 06-029S**

**LARON PASCHAL**

## MOTION TO CONTINUE

NOW, comes the Defendant, through his Attorney, request that his matter scheduled to be heard on April 11, 2006 be continued for thirty days. To investigate some issues that are pertinent to his plea

Respectfully submitted
by her Attorney

FILED IN OPEN COURT
d/B 9:25 A.M.
4/11/06

Steven D. DiLibero, Esq.
#4678
130 Dorrance Street
Providence, RI 02903
401 621 9700
401 331 9503 fax

## CERTIFICATION

I hereby certify that on this 11th day of April, 2006, I caused to be mailed a true copy of the within to the following: United States Attorney for the District of Rhode Island 50 Kennedy Plaza 8th Floor, Providence, RI 02903