# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

*Case No. Cr. 06-29S*

*To:* *Warden*
*ACI*
*Cranston, Rhode Island*

YOU ARE HEREBY COMMANDED, to have the body of LARON PASCHAL, by you restrained of his liberty, as it is said, by whatsoever means detained, together with the day and cause of his being detained, before the Honorable William E. Smith, Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at 3:30 o'clock p.m., on the 22nd day of May, 2006, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

WITNESS the Honorable William E. Smith

United States Judge at Providence, RI
Dated: May 19, 2006.

David A. DiMarzio, Clerk

Change of Plea

By ______________________
Alba-Sue Mercurio, Deputy Clerk