# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

***Case No. Cr. 06-29S***

RECEIVED
MAY 19 2006
US MARSHALS
RHODE ISLAND

***To:*** ***Warden***
***ACI***
***Cranston, Rhode Island***

YOU ARE HEREBY COMMANDED, **to have the body of LARON PASCHAL, by you restrained of his liberty, as it is said, by whatsoever means detained, together with the day and cause of his being detained, before the Honorable William E. Smith, Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at 3:30 o'clock p.m., on the 22nd day of May, 2006, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.**

I hereby [illegible] and return that I [illegible] before the court [illegible] named defendant, [illegible] date and time ordered.

Deputy U.S. Marshal

**WITNESS the Honorable William E. Smith**

**United States Judge at Providence, RI**
**Dated: May 19, 2006.**

**David A. DiMarzio, Clerk**

**By** ______________________
**Alba-Sue Mercurio, Deputy Clerk**

**Change of Plea**