IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, :
*Plaintiff.* :
:
vs. : Dkt. No. CR06-29S
:
LARON PASCHAL, :
*Defendant.* :

MOTION TO CONTINUE

COMES NOW, Defendant by and through Counsel and respectfully moves this Honorable Court for an Order continuing the sentencing scheduled for August, 11, 2006 for no more than thirty (30) days. In support of this Motion Counsel for Defendant avers the following: That given the serious nature of the offense and the amount of time the Defendant faces, a thorough and proper evaluation of the pre-sentencing report is required.

**RESPECTFULLY SUBMITTED,**
Attorney for Defendant

Steven D. DiLibero, Esq.
DiLibero & Coloian LLP
130 Dorrance Street
Providence, RI 02903
(401) 621-9700 (Phone)

CERTIFICATE OF SERVICE

I caused to be mailed by first-class mail postage prepaid a copy of the foregoing Motion to: Zechariah Chafee, Esq. Office of the United States Attorney, 50 Kennedy Plaza, Providence, RI 02903 on this 20 day of July, 2006.