# *UNITED STATES DISTRICT COURT*

*for the*

*District of Rhode Island*

Return unexecuted, court appearance cancelled.

*Case No. Cr. 06-29S*

RECEIVED

SEP 28 2006

US MARSHALS RHODE ISLAND

*To: Warden*
*ACI*
*Cranston, Rhode Island*

Deputy U.S. Marshal

YOU ARE HEREBY COMMANDED, **to have the body of LARON PASCHAL, by you restrained of his liberty, as it is said, by whatsoever means detained, together with the day and cause of his being detained, before the Honorable William E. Smith, Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at 9:30 o'clock a.m., on the 13th day of October, 2006, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.**

**WITNESS the Honorable William E. Smith**

**United States Judge at Providence, RI**
**Dated: September 27, 2006.**

**David A. DiMarzio, Clerk**

**Sentencing**

**By** ____________________________
**Alba-Sue Mercurio, Deputy Clerk**