United States District Court for the District of Rhode Island
File Number 06-00029-01S

United States of America

vs.

LaRon Paschal

**Notice of Appeal**

Notice is hereby given that LaRon Paschal, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 18th day of October, 2006.

Steven D. DiLibero, Esquire (#4678)
Attorney for LaRon Paschal
130 Dorrance Street
Providence, Rhode Island 02903
Phone: 401-621-9700
Fax: 401-331-9503

Dated: 11/16/06

**Certification**

I, the undersigned, do hereby certify that a true copy of the within to Assistant US Attorney Zechariah Chafee at 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this 22ND day of November, 2006.