# UNITED STATES DISTRICT COURT
# FOR THE OF RHODE ISLAND

No. 06-2649

UNITED STATES

VS.

LARON PASCHAL,
Defendant

## MOTION TO ENLARGE TIME

Now comes the defendant and moves for this Motion To Enlarge Time based upon the facts that the defendant did not seek the advice of an attorney until after the time allotted by statute had expired. Also, due to his incarceration, he had a difficult time contacting an attorney. For those reasons, defendant prays that this Court grant the Motion to Enlarge Time due to his appeal.

LARON PASCHAL,
By His Attorney,

Steven D. DiLibero, Esq. #4678
130 Dorrance Street
Providence R.I 02903
(401) 621-9700
(401) 331-9503 (fax)

## CERTIFICATION

I hereby certify that, a copy of the within Motion was mailed to Assistant U.S Attorney Zechariah Chafee at 50 Kennedy Plaza, 8th floor, providence R.I 02903 on this 29th day of December 2006.

Zaila Mata