IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR.NO.06-029S |
| | ) | |
| LARON PASCHAL | ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO ENLARGE TIME

Comes now United States Attorney by Robert Clark Corrente and Zechariah Chafee, Assistant U.S. Attorney and states that it has no objection to the Court enlarging the time for defendant to file his notice of appeal to include the date when the notice was filed, for the reasons set forth in defendant's motion.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2007, I caused the within Government's Response to Defendant's Motion to Enlarge Time to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically

Steven D. DiLibero, Esq,
130 Dorrance Street
Providence, RI 02903.

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov