COA# 07-1164

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

January 18, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: **USA v. LaRon Paschal**
**CR06-29S**
**USCA 06-2649**

Dear Mr. Donovan:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: *Wendy Geile*
DEPUTY CLERK

Enc: Certified Docket, Notice of Appeal