# United States Court of Appeals
## For the First Circuit

No. 06-2649
DC No. 06-00029

F
MAR 0 2 2007
Chambers of
Judge William E. Smith

UNITED STATES,

Appellee,

v.

LARON PASCHAL,

Defendant, Appellant.

**ORDER OF COURT**
Pursuant to 1st Cir. R. 27.0(d)
Entered: February 27, 2007

Appellant's financial affidavit is transmitted to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 2/27/07

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[certified copy: Honorable William E. Smith, David A. Dimarzio, Clerk]

[cc: Steven D. DiLibero, Esq., Zack Chafee, AUSA, Donald A. Lockhart, AUSA]