06-29 S

# United States Court of Appeals
## For the First Circuit

---

No. 07-1164

UNITED STATES,

Appellee,

v.

LARON PASCHAL,

Defendant, Appellant.

---

Before

Lipez, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

---

JUDGMENT

Entered: March 9, 2007

Duplicative appeal number 07-1164 is dismissed as untimely. Defendant's appeal from the October 18, 2006 judgment will proceed under 06-2649.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:________________________
Chief Deputy Clerk.

[cc: Steven Dominic DiLiberto, Esq., Zack Chafee, Esq. and Donald Lockhart, Esq.]