UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
RHODE ISLAND

UNITED STATES OF AMERICA
(RESPONDENT)

v.

CASE#: 1:06CR00029-015

Dkt.#: 06-2649

LARON PASCHAL
(PETITIONER)

Petitioner's Motion for Evidentiary Hearing and or/in Ex-Parte & file a Writ of Habeaus Corpus

Now comes **Laron Paschal**, acting pro-se in the above action and numbered cause, to be referred to as "Petitioner" in the following:

1) The Petitioner was sentenced on or about Nov. 16, 2006.

2) The Petitioner recieved 15 years for Armed Carrer Criminal.

3) The predict acts used to enhance the Petitioner were wrongfully applied. The crimes fell below the standards required under the guidelines for enhancement.

4) A Hearing should be scheduled to determine that these enhancements should be reversed as not properly applied and the Govenment wrongfully enhanced the Petitioner, not looking further into the facts pertaining to the past crimes.

5) The Government only looked at the charges on their face, not the facts behind them.

6) The Attorney did not properly argue the matter of the crimes, rather he argued the length that had passed since the offenses.

## Conclusion

The Court should schedule an Evidentiary Hearing, to determine whether a Constitutional defect has accured.

Respectfully,

Laron Paschal,pro-se

# CERTIFICATE OF SERVICE

I Laron Paschal, do hereby attest and say that I have sent a true copy of this Motion to the following A.U.S.A..

Donald Lockhart, Esq.
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903

Respectfully,

Laron Paschal, pro-se

Sworn under the pains and penalties of Perjury, 28 U.S.C. § 1746.

Respectfully,

Laron Paschal, pro-se