IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR.NO.06-029S
)
LARON PASCHAL )

GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION MADE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)

Comes now the United States of America by and through its undersigned attorneys and objects to defendant's motion for the reasons stated in the memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 21st day of November, 2007, I mailed a true copy of the Government's Objection To Defendant's Motion Made Pursuant to Federal Rules of Civil Procedure 60(b), by ordinary mail and postage prepaid, to:

Laron Paschal
Reg. #05727-070
U.S. Prison Canaan
P. O. Box 300
Waymart, PA 18472

/s/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR.NO.06-029S |
| | ) | |
| LARON PASCHAL | ) | |

GOVERNMENT'S MEMORANDUM IN SUPPORT OF
ITS OBJECTION TO DEFENDANT'S MOTION MADE
PURSUANT TO RULES OF CIVIL PROCEDURE 60(b)

The petitioner's case is still pending in the Court of Appeals and the District court has no jurisdiction to entertain and decide motions. Furthermore, Paschal's motion is made pursuant to the Rules of Civil Procedure and the case at issue is a criminal case. See attached Order of Court (November 7, 2007) from the First Circuit giving Paschal until December 31, 2007 to

file a supplemental pro se brief. Defendant's previous appellate counsel had filed an Anders brief on September 10, 2007.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 21st day of November, 2007, I mailed a true copy of the Government's Objection To Defendant's Motion Made Pursuant to Federal Rules of Civil Procedure 60(b), by ordinary mail and postage prepaid, to:

Laron Paschal
Reg. #05727-070
U.S. Prison Canaan
P. O. Box 300
Waymart, PA 18472

/s/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov