# United States Court of Appeals
## For the First Circuit

RECEIVED
NOV - 8 2007
U.S. ATTORNEY
DISTRICT OF R.I.

No. 06-2649

UNITED STATES,

Appellee,

v.

LARON PASCHAL,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

ORDER OF COURT

Entered: November 7, 2007

Defendant-appellant's pro se motion for "Reconsideration on Appointment Of Counsel and/or 60 (sixty) day extension to file an Appellate Brief" is denied to the extent it seeks reconsideration and granted to the extent it requests an extension of the deadline for filing a supplemental pro se brief. The pro se brief must be filed by December 31, 2007.

By the Court:

Richard Cushing Donovan, Clerk.

By: ______________________
Operations Manager.

[cc: Laron Paschal, Jason M. Sullivan, Esq.,
Zack Chafee, AUSA, Donald Lockhart, AUSA]