MANDATE

06-00029
DCRI
Smith

# United States Court of Appeals
## For the First Circuit

---

No. 06-2649

UNITED STATES,

Appellee,

v.

LARON PASCHAL,

Defendant, Appellant.

---

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

---

JUDGMENT

Entered: February 19, 2008

Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738, 744 (1967), opining that there is no non-frivolous issue to pursue on appeal, noting that appellant received the minimum sentence allowed under the Armed Career Criminal Act ("ACCA"). 18 U.S.C. § 924(e).

Appellant has filed a supplemental pro se brief arguing that trial counsel rendered ineffective assistance by failing to argue that two of the four prior convictions treated as predicates under the ACCA, 18 U.S.C. § 924(e), did not qualify as such. The record is insufficiently developed to allow for review of this claim on direct appeal, but appellant may pursue it, if he wishes, in a collateral proceeding brought under 28 U.S.C. § 2255. See United States v. Mala, 7 F.3d 1058, 1063 (1st Cir. 1993).

We have reviewed the record and see no other non-frivolous issues that could be advanced on appeal. Accordingly, the motion to withdraw is allowed and the judgment is affirmed. See 1st Cir.

Loc. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. R 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 3/12/08

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Jason M. Sullivan, Esq., Zack Chafee, AUSA,
Donald Lockhart, AUSA, Laron Paschal]