IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR.NO.06-029S
)
LARON PASCHAL )

NOTICE OF GOVERNMENT'S INTENT TO SEEK SENTENCING OF DEFENDANT AS AN ARMED CAREER CRIMINAL UNDER 18 U.S.C. § 924(e)

The government contends that the following convictions of defendant qualify as violent felonies or serious drug offenses:

1. On October 8, 1987 in Kent County Superior Court defendant was convicted of Breaking and Entering a Dwelling (K2/87-0462A), a violent felony, and was sentenced to five years full sentence with six months to serve, 54 months suspended with 54 months of probation.

2. On March 14, 1989 in Providence County Superior Court defendant was convicted of Manufacture and Delivery of a Controlled Substance, (P2/88-5153A), a serious drug offense and was sentenced to six years full sentence, with six months to serve, 66 months suspended with 66 months of probation. Good

3. On August 24, 2001 in Providence County Superior Court defendant was convicted of two counts of possession of a controlled substance, (P2/01-2450A), a serious drug offense, and was sentenced to nine years suspended sentence with nine years probation.

EXHIBIT 1A