4. On October 27, 1987 in Providence County Superior Court (P2/87-1640B) defendant was convicted of the violent felony of Breaking and Entering with felonious intent and sentenced to five years full sentence with six months to serve, 54 months suspended with 54 months of probation. good

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 12th day of April, 2006, I mailed a true copy of the Notice of Government's Intent to Seek Sentencing of Defendant as an Armed Career Criminal by ordinary mail and postage prepaid, to:

Steven D. DiLibero, Esq.
Dilibero and Coloian
130 Dorrance Street
Providence, RI 02903



EXHIBIT 1 B