STATE OF RHODE ISLAND AND PROVIDENCE PLANTATION

KENT, SC.

SUPERIOR COURT

STATE OF RHODE ISLAND

VS

Paschal, Loron

K2/87-0462(A)
Ct. 2

DISMISSAL UNDER CRIMINAL RULE 48(A)

Now comes the State of Rhode Island and hereby dismisses the above-entitled matter under Rule 48(A) of the Rules of Criminal Procedure for the following reason(s):

As a result of plea negotiations.

RESPECTFULLY SUBMITTED

STATE OF RHODE ISLAND

JAMES O'NEIL
ATTORNEY GENERAL

BY ITS ATTORNEY

BY: [signature]
SPECIAL ASSISTANT ATTORNEY GENERAL

DATE:

EXHIBIT 2