# REQUEST TO ENTER A PLEA OF NOLO CONTENDERE OR GUILTY

STATE OF RHODE ISLAND

IND/INF/C.A.# K2/87-462

V.

Laron Paschal

CHARGE(S) Ct 1: Attmp B:E Ct 2: B:E Ct 3: Poss Stl Auto Ct 4: Conspiracy Ct 4: Eluding Police

PENALTY Up to 5 YRS - $5,000 fine

Count 2 - dism'd - R.48(a)

I, Laron Paschal, the above-named defendant, do hereby request Court permission to withdraw my present plea of NOT GUILTY and to enter a plea of NOLO CONTENDERE or GUILTY. I understand that the plea of NOLO CONTENDERE is for all purposes the same as a plea of GUILTY and that I will be admitting sufficient facts to substantiate the charge(s) which has (have) been brought against me in the cases to which these pleas relate. I understand that by changing my plea I will be giving up and waiving each and all of my following rights:

1) My right to a trial by jury or by a Judge, sitting without a jury, and my right to appeal to the Supreme Court from any verdict or finding of guilty.

2) My right to have the State prove each and every element of the charge(s) against me by evidence and proof beyond a reasonable doubt.

3) My right to the presumption of innocence.

4) My privilege against self-incrimination.

5) My right to confront and cross-examine the State's witnesses against me.

6) My right to present evidence and witnesses on my behalf and to testify in my own defense if I choose to do so.

7) My right to appeal to the Rhode Island Supreme Court from the sentence imposed by the Court after the entry of my plea of NOLO CONTENDERE or GUILTY.

No promises have been made to me by my Attorney, the State's Attorney or the Court other than the fact that the Court has agreed to impose a sentence of

Ct 1 & 4: 5 YRS at ACI - 6 months to serve; 4 1/2 YRS suspended 4 1/2 YRS probation.

Ct 3 & 5: 1 YR susp. sentence - 1 YR probation. all sentences to run concurrent!

I understand that if the Court imposes the sentence referred to above, I will not be permitted to withdraw my plea of NOLO CONTENDERE or GUILTY except by permission of the Court.

I have discussed the entire contents of this paper with my Attorney who has explained it to me. I have no questions as to what it states and means and I understand it completely. I SWEAR TO THE TRUTH OF THE ABOVE.

(EXHIBIT 3)

WITNESS: [signature]

DEFENDANT [signature]