UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Laron Paschal

vs. C.A. No. 08-104S
CR. No. 06-29S

United States of America

ORDER

The Government is hereby ordered to file its response to the Plaintiff's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody." Said response will be filed on or before **April 10, 2008.**

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 3/21/08