| | | | | | |
|---|---|---|---|---|---|
| 34. | 07/11/85 (age 16) | Shoplifting, Rhode Island Family Court, Providence, RI (85-07-186) | 11/19/85: Admits sufficient facts, found wayward, probation FOC, 8 months training school, suspended | 4A1.2(d) | 0 |

The defendant was represented by counsel. According to the complaint, on June 28, 1985, the defendant took a pair of Nike sneakers from K-Mart.

| | | | | | |
|---|---|---|---|---|---|
| 35. | 11/08/85 (age 17) | Tampering w/Motor Vehicle, Rhode Island Family Court, Providence, RI (85-11-123) | 11/19/85: Admits sufficient facts, found wayward, 8 months training school, suspended, probation FOC | 4A1.2(d) | 0 |

The defendant was represented by counsel. According to the complaint, the defendant tampered with a car without the permission of the owner.

Adult Criminal Convictions

| | Date of Arrest | Charge/Agency | Date Sentence Imposed/Disposition | Guideline Score | |
|---|---|---|---|---|---|
| 36. | 10/08/86 (age 18) | Ct. 1: Possession of Controlled Substance, Providence County Superior Court, Providence, RI (P2/86-3588A) | 07/29/87: Pled nolo, 1 year full sentence, 30 days to serve, 11 months suspended, 11 months probation, costs<br><br>07/13/88: Violation of probation, suspension removed, 4 months, 15 days to serve | 4A1.2(e) | 0 |

The defendant was represented by counsel. On October 8, 1986, the police while on routine patrol observed two black males, one of whom was LaRon Paschal, who police saw throw a package on the ground. The package contained cocaine. Mr. Paschal was apprehended and found to have two more bags of cocaine.

| | | | | | |
|---|---|---|---|---|---|
| 37. | 03/27/87 (age 18) | Ct. 1: Breaking & Entering Building in Nighttime w/Felony Intent, Providence County Superior Court, Providence, RI (P2/87-1640B)* | 10/27/87: Pled nolo, 5 years full sentence, 6 months to serve, 54 months suspended, 54 months probation, restitution, costs | 4A1.2(e) | 0 |

The defendant was represented by counsel. On March 27, 1987, police responded to the Prairie Street Diner for a report of a break in progress. Upon arrival, the officers observed the front window broken and entered the diner and heard someone in the basement. The officer observed Derrick Alston trying to pry open a window in the basement. LaRon Paschal was found hiding in the basement under plywood.

| | | | | | |
|---|---|---|---|---|---|
| 54. | 06/26/01 (age 32) | Cts. 1&2: Possession of a Controlled Substance; Ct. 3: Obstructing Police Officer; Ct. 4: Driving w/o License, Providence County Superior Court, Providence, RI (P2/01-2450A)* | 08/24/01: Cts. 1&2: Pled nolo, 9 years suspended, 9 years probation, concurrent, substance abuse counseling, TASC, 100 hours community service, costs; Ct. 3: Pled nolo, 1 year suspended, 1 year probation; Ct. 4: Pled nolo, $500 fine<br><br>02/12/02: Violation of suspended sentence, 9 years full sentence, 9 months to serve, 99 months suspended, 99 months probation<br><br>11/22/05: Violation of suspended sentence, continued on same<br><br>03/08/06: Violation of suspended sentence, continued on same | 4A1.1(c) | 1*** |

The defendant was represented by counsel. On June 25, 2001, the police stopped a car that failed to stop, and the driver was asked for his license. He identified himself as Savon Wilkerson, and stated he did not have a license. He was taken into custody. During a search, a clear plastic bag of crack cocaine was seized from his right pocket, and two packets of heroin were seized from his right front coin pocket. He then advised his true name was Laron Paschal.

*Qualifying offense for the Armed Career Criminal penalties.

**Since 1971, the defendant's right to counsel in Rhode Island misdemeanor cases with penalty provisions exceeding six months is satisfied by representation or intelligent waiver.

***Not included in criminal history computation due to four-point limitation of §4A1.1(c).

<u>Criminal History Computation</u>

55. The defendant has 11 criminal history points above. However, he is assigned two points under §4A1.1(d) for committing the instant offense while on a criminal justice sentence. Mr. Paschal was on a suspended sentence and probation on case P2/01-2450A when this offense was committed. He has a total of 13 criminal history points. According to the Sentencing Table (Chapter 5, Part A), 13 or more criminal history points establishes a criminal history category of VI. Additionally, according to §4B1.4(c)(2), the criminal history category for an Armed Career Criminal is Category VI if the defendant used or possessed the firearm in connection with a controlled substance offense.

| | | | | | |
|---|---|---|---|---|---|
| 38. | 08/05/87 (age 18) | Cts. 1&2: Entering Building/Dwelling w/Felony Intent; Ct. 3: Possession of Stolen Motor Vehicle; Ct. 4: Conspiracy; Ct. 5: Reckless Driving 1st Offense, Kent County Superior Court, Warwick, RI (K2/87-0462A)* | 10/08/87: Cts. 1&4: Pled nolo, 5 years full sentence, 6 months to serve, 54 months suspended, 54 months probation, each concurrent, costs; Cts. 3&5: Pled nolo, 1 year suspended, 1 year probation, cost Ct. 2: Dismissed | 4A1.2(e) | 0 |

The defendant was represented by counsel. According to the Indictment, the defendant and Gregory Patton on or about May 29, 1987, attempted to enter the home of Kenneth McQueston with the intent to commit larceny. They also entered the dwelling of Richard Jones with intent to commit larceny. They also had a 1983 Oldsmobile which they knew had been stolen in their possession.

| | | | | | |
|---|---|---|---|---|---|
| 39. | 07/05/88 (age 19) | Ct. 1: Manufacture/Delivery of Controlled Substance, Providence County Superior Court, Providence, RI (P2/88-5153A)* | 03/14/89: Pled nolo, 6 years full sentence, 6 months to serve, 66 months suspended, 66 months probation, costs<br><br>12/12/91: Violation of suspended sentence, continued on same<br><br>03/09/93: Violation of suspended sentence, continued on same | 4A1.2(e) | 0 |

The defendant was represented by counsel. On July 5, 1988, the police stopped a car for a motor vehicle violation. Upon questioning, the driver, LaRon Paschal, was observed to slide something under the front seat. Fearing it may have been a gun, the officer asked the defendant to step from the car. The officer seized two clear plastic bags filled with 167 vials of crack cocaine from under the front driver's seat.

| | | | | | |
|---|---|---|---|---|---|
| 40. | 08/22/90 (age 22) | Ct. 1: Selling/Conceal Property, Kent County Superior Court, Warwick, RI (K2/90-0770A) | 03/25/92: Pled nolo, 2 years probation, restitution, costs, probation will end after 1 year if full restitution is made, costs<br><br>03/09/93: Violation of probation, continued on same | 4A1.2(e) | 0 |