AND
COMMITMENT

Superior Court in Kent County

State of Rhode Island
vs.
Laron Paschal

~~IND.~~
INF. NO. K2870462A
~~COMPLAINT~~

On this 8th day of October, 1987, came the attorney for the State Igliozzi, and the defendant who appeared in person and by counsel, namely Anthony Amalfetano before KRAUSE, J.

IT IS ADJUDGED that the defendant has been convicted upon his/~~her~~ plea of (nolo contendere) ~~(guilty) (not guilty, and after a verdict of guilty)~~ of the offense(s) of

Ct. 2 Enter Bldg. w/intent to commit larceny

Ct. 5 Reckless Driving 1st offense

as charged in count(s) numbered 2 & 5 of the ~~(indictment)~~ (information) ~~(complaint)~~ and the Court having asked the defendant whether s/he has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED that the defendant is hereby committed to the custody of the Warden of the Adult Correctional Institutions for a period of 1 year,

on each count, sentence is suspended, probation for 1 year.

Costs of $120 assessed under 12-25-12 are to be paid.

~~(IF CONVICTED AFTER TRIAL) The defendant has been advised of his/her right to appeal within ... days to the Supreme Court and of his/her right, if unable to pay the cost of an appeal, to apply for leave to be represented on appeal by ... to appeal in forma pauperis.~~

IT IS ORDERED that the Clerk deliver a certified copy of this judgment to the Warden of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY
ATTEST [signature]
Clerk

[signature]
Justice, Superior Court

10/8/87
Date

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER

I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center

[signature]
Signature

12-16-05