STATE OF RHODE ISLAND

v.

Criminal Information No.

K2/87-0462

1987 AUG -4 AM 10:13
[illegible] SUPERIOR COURT
ERNEST [illegible] ESPOSA, CLERK

LARON PASCHAL, A
alias Darrell Wilkerson
alias John Doe
GREGORY PATTON B
alias John Doe

CRIMINAL INFORMATION

The Attorney General of the State of Rhode Island charges:

That LARON PASCHAL, alias Darrell Wilkerson, alias John Doe, of Providence County and GREGORY PATTON, alias John Doe, of the Commonwealth of Massachusetts, on or about the 29th day of May, 1987, at Warwick, in the County of Kent, did attempt to enter the dwelling house of Kenneth P. McQuesten with the intent to commit larceny, in violation of §11-8-1.1 and §11-8-3 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 1981).

COUNT 2

That LARON PASCHAL , alias Darrell Wilkerson, alias John Doe, of Providence County, and GREGORY PATTON, alias John Doe, of the Commonwealth of Massachusetts, on or about the 29th day of May, 1987, at Warwick, in the County of Kent, did enter the dwelling house of Richard Johnson with the intent to commit larceny, in violation of §11-8-3 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 1981).

BARRY N. CAPALBO
Special Assistant Attorney General
Designated by the Attorney General

COUNT 3

That LARON PASCHAL, alias Darrell Wilkerson, alias John Doe, of Providence County, and GREGORY PATTON, alias John Doe, of the Commonwealth of Massachusetts, on or about the 29th day of May, 1987, at Warwick, in the County of Kent, did have in their possession a vehicle, to wit, 1983 Oldsmobile, belonging to David Azevido, which they knew and had reason to believe had been stolen and unlawfully taken, and were not officers of the law engaged at the time in the performance of their duty as such officer, in violation of §31-9-2 and §31-27-14 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 1982).

COUNT 4

That LARON PASCHAL, alias Darrell Wilkerson, alias John Doe, of Providence County, and GREGORY PATTON, alias John Doe, of the Commonwealth of Massachusetts, on or about the 29th day of May, 1987, at Warwick, in the County of Kent, did agree, combine, confederate, contrive and conspire together, to do an unlawful act, to wit, commit the crime of Breaking and Entering, in violation of §11-1-6 of the General Laws of Rhode Island, 1956, as amended (Reeanctment of 1981).

COUNT 5

That LARON PASCHAL, alias Darrell Wilkerson, alias John Doe, of Providence County, on or about the 29th day of May, 1987, at Warwick, in the County of Kent, did operate a motor vehicle in an attempt to elude and flee from a traffic officer and police vehicle, in violation of §31-27-4 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 1982).

Against the form of the statute in such case made and provided and against the peace and dignity of the state.

BARRY N. CAPALBO
Special Assistant Attorney General
Designated by the Attorney General

STATE OF RHODE ISLAND

vs.

Laron Paschal

[Defendant(s)]

CRIMINAL INFORMATION AFFIDAVIT

I, William G McEwen, a peace officer of the (City)(Town) of Warwick, County of Kent, State of Rhode Island, being duly sworn by the Special Assistant Attorney General of the State of Rhode Island, do hereby make affidavit and upon oath, depose and say that I have investigated the matters contained herein and have knowledge thereof and that the facts contained herein are true to the best of my knowledge and belief.

Attached hereto and made a part hereof is a Police Narrative with exhibits attached thereto, upon which I rely to further demonstrate the existence of probable cause to believe that the offense(s) charged in the Information has (have) been committed and that the defendant(s) committed the offense(s).

(Officer's Signature)

Signed and sworn to before me at WARWICK on the 15th day of June, A.D. 1987.

SPECIAL ASSISTANT ATTORNEY GENERAL
Designated by the Attorney General