AND
COMMITMENT

Superior Court in Kent County

State of Rhode Island
vs.
Laron Paschal

~~IND~~ INF. ~~COMPLAINT~~ NO. K2870462A

On this 8th day of October, 1987, came the attorney for the State Igliozzi, and the defendant who appeared in person and by counsel, namely Anthony Amalfetano before KRAUSE, J.

IT IS ADJUDGED that the defendant has been convicted upon his/~~her~~ plea of (nolo contendere) ~~(guilty) (not guilty, and after a verdict of guilty)~~ of the offense(s) of

Ct. 2 Enter Bldg. w/intent to commit larceny

Ct. 5 Reckless Driving 1st offense

as charged in count(s) numbered 2 & 5 of the ~~(indictment)~~ (information) ~~(complaint)~~ and the Court having asked the defendant whether s/he has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED that the defendant is hereby committed to the custody of the Warden of the Adult Correctional Institutions for a period of 1 year,

on each count, sentence is suspended, probation for 1 year.

Costs of $120 assessed under 12-25-12 are to be paid.

~~(IF CONVICTED AFTER TRIAL) The defendant has been advised of his/her right to appeal within twenty days to the Supreme Court and of his/her right, if unable to pay the costs of an appeal, to apply for leave to be represented on appeal by counsel and to appeal in forma pauperis.~~

IT IS ORDERED that the Clerk deliver a certified copy of this judgment to the Warden of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER
I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center
Signature 12-16-05

TRUE COPY ATTEST [signature] Clerk

[signature] Justice, Superior Court

10/8/87 Date

KENT SUPERIOR COURT
ERNEST W. REPOSA, CLERK
AM 10 13

v.

Criminal Information No.

K2/87-0462

LARON PASCHAL, A
alias Darrell Wilkerson
alias John Doe
GREGORY PATTON B
alias John Doe

## CRIMINAL INFORMATION

The Attorney General of the State of Rhode Island charges:

That LARON PASCHAL, alias Darrell Wilkerson, alias John Doe, of Providence County and GREGORY PATTON, alias John Doe, of the Commonwealth of Massachusetts, on or about the 29th day of May, 1987, at Warwick, in the County of Kent, did attempt to enter the dwelling house of Kenneth P. McQuesten with the intent to commit larceny, in violation of §11-8-1.1 and §11-8-3 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 1981).

COUNT 2

That LARON PASCHAL , alias Darrell Wilkerson, alias John Doe, of Providence County, and GREGORY PATTON, alias John Doe, of the Commonwealth of Massachusetts, on or about the 29th day of May, 1987, at Warwick, in the County of Kent, did enter the dwelling house of Richard Johnson with the intent to commit larceny, in violation of §11-8-3 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 1981).

BARRY N. CAPALBO
Special Assistant Attorney General
Designated by the Attorney General

COUNT 3

That LARON PASCHAL, alias Darrell Wilkerson, alias John Doe, of Providence County, and GREGORY PATTON, alias John Doe, of the Commonwealth of Massachusetts, on or about the 29th day of May, 1987, at Warwick, in the County of Kent, did have in their possession a vehicle, to wit, 1983 Oldsmobile, belonging to David Azevido, which they knew and had reason to believe had been stolen and unlawfully taken, and were not officers of the law engaged at the time in the performance of their duty as such officer, in violation of §31-9-2 and §31-27-14 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 1982).

COUNT 4

That LARON PASCHAL, alias Darrell Wilkerson, alias John Doe, of Providence County, and GREGORY PATTON, alias John Doe, of the Commonwealth of Massachusetts, on or about the 29th day of May, 1987, at Warwick, in the County of Kent, did agree, combine, confederate, contrive and conspire together, to do an unlawful act, to wit, commit the crime of Breaking and Entering, in violation of §11-1-6 of the General Laws of Rhode Island, 1956, as amended (Reeanctment of 1981).

COUNT 5

That LARON PASCHAL, alias Darrell Wilkerson, alias John Doe, of Providence County, on or about the 29th day of May, 1987, at Warwick, in the County of Kent, did operate a motor vehicle in an attempt to elude and flee from a traffic officer and police vehicle, in violation of §31-27-4 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 1982).

Against the form of the statute in such case made and provided and against the peace and dignity of the state.

BARRY N. CAPALBO
Special Assistant Attorney General
Designated by the Attorney General