CR 06-29
Civil Case 1:08-CV-104

RECEIVED

JUN 13 2008

Property of U.S. District Court
District of Rhode Island

2235

6-10-08

Dear Clerk,

I am writting in concern to a issue Regarding my motion to governments opposition.

I have sent a pre-muture motion and I am asking the court for permission to amend the petition. Ive sent. in any Case I never recived an order from judge. if you Can help me in this matter it would be of great significance.

also can you please send me a docket text. I have one with all entrys to #56.

Thank you for your concern in this matter.

Respectfully submitted.

LaRon Paschal
# 05727-070