IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.06-029-S |
| | ) | |
| LARON PASCHAL | ) | |

GOVERNMENT'S OBJECTION TO
PETITIONER'S MOTION TO AMEND HIS PETITION

Comes now United States Attorney by Robert Clark Corrente and Zechariah Chafee, Assistant U.S. Attorney and objects to the Petitioner's Motion to Amend his Petition for the reasons set forth in the attached Memorandum in Support thereof.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2008, I caused the within Government's Objection to Petitioner's Motion to Amend His Petition to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice by US mail, postage prepaid:

Laron Paschal
Reg No. 05727-070
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.06-029S |
| | ) | |
| LARON PASCHAL | ) | |

GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS
OBJECTION TO PETITIONER'S MOTION TO AMEND HIS PETITION

Petitioner Laron Paschal has written a brief letter to the Court asking for permission to amend his May 1, 2008 Reply to the Government's Opposition to Paschal's 28 USC § 2255 motion. However, petitioner does not set forth just what the proposed amendment consists of. The government would like to see what change is proposed before the Court decides what to do. For now, the government objects to the revisions pending clarification by Petitioner.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2008, I caused the within Government's Memorandum in Support of its Objection to Petitioner's Motion to Amend His Petition to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice by US mail, postage prepaid:

Laron Paschal
Reg No. 05727-070
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov